832

*Morison R. Waite* and *Sol Goodman* for petitioners. *Solicitor General McGrath* for respondent.

No. 700. HARRIS *v.* UNITED STATES. June 10, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit granted. *Herbert K. Hyde* for petitioner. *Solicitor General McGrath* and *Robert S. Erdahl* for the United States.

No. 1251. PAN AMERICAN AIRWAYS CORP. ET AL. *v.* W. R. GRACE & Co. ET AL.; and

No. 1258. EASTERN AIR LINES, INC. *v.* W. R. GRACE & Co. ET AL. June 10, 1946. Petitions for writs of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Henry J. Friendly* for petitioners in No. 1251. *E. Smythe Gambrell* for petitioners in No. 1258. *John T. Cahill* and *Fred J. Knauer* for respondents.

No. 1306. UYEKI *v.* STYER, COMMANDING GENERAL. June 10, 1946. Petition for writ of certiorari to the Supreme Court of the Philippines granted. *John E. McCullough* for petitioner. *Solicitor General McGrath* and *Frederick Bernays Wiener* for respondent.

Nos. 1192 and 1193. KRUG, SECRETARY OF THE INTERIOR, ET AL. *v.* SANTA FE PACIFIC RAILROAD Co. June 10, 1946. Petition for writs of certiorari to the United States Court of Appeals for the District of Columbia granted. *Solicitor General McGrath* for petitioners. *Lawrence Cake* for respondent.